No. 92–1726.  ENRON OIL & GAS CO. v. BABBITT, SECRETARY OF THE INTERIOR, ET AL.  C. A. 5th Cir.  Certiorari denied.  ██

No. 92–1727.  MADERA IRRIGATION DISTRICT v. HANCOCK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–1734.  NOELL, CO-EXECUTOR OF ESTATE OF NOELL, DECEASED v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS CORPORATE RECEIVER FOR NORTHWAY NATIONAL BANK OF PLANO, TEXAS.  C. A. 5th Cir.  Certiorari denied.  ██

No. 92–1741.  ALPINE LAND & RESERVOIR CO. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–1743.  BOUGERE v. FERRARA.  C. A. 5th Cir.  Certiorari denied.

No. 92–1762.  SIMMONS v. FRANKEL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–1767.  WHITE v. COONEY ET UX.  Sup. Ct. Wyo.  Certiorari denied.

No. 92–1772.  BROUGHTON LUMBER CO. v. COLUMBIA RIVER GORGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.  ██

No. 92–1784.  ARKANSAS-PLATTE & GULF PARTNERSHIP v. DOW CHEMICAL CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–1788.  REEDER v. RUNYON, POSTMASTER GENERAL.  C. A. 10th Cir.  Certiorari denied.

No. 92–1789.  EMPLOYERS INSURANCE OF WAUSAU ET AL. v. OCCIDENTAL PETROLEUM CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–1790.  CONSOLIDATED RAIL CORPORATION v. STOWERS.  C. A. 6th Cir.  Certiorari denied.